June 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BENNETT KEITH O'BANNON, Appellant

NO. 14-12-00653-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard **ON REMAND** from the Court of Criminal Appeals on the transcript of the record of the court below. Having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of modification by this Court. Therefore, the judgment is **MODIFIED** to reflect jail time credited from July 8, 2011 to July 11, 2012.

The Court orders the judgment **AFFIRMED** as **MODIFIED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.